UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

KATHLEEN KOSZOLA
Plaintiff,

vs.

COMCAST CABLEVISION
OF WEST PALM BEACH, INC.
d/b/a/ COMCAST CABLE

Defendant.
_______________________________/

**Case No.: 00-8368**
**CIV -MIDDLEBROOKS**
**Magistrate Judge Bandstra**

FILED BY ___ D.C.
00 JUN -2 AM 11: 42
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FL - MIAMI

**NOTICE OF SCHEDULING CONFLICT**
**MOTION TO RE-SCHEDULE SCHEDULING CONFERENCE**
**OR IN THE ALTERNATIVE MOTION TO APPEAR VIA TELEPHONE**

COMES NOW Plaintiff, KATHLEEN KOSZOLA, by and through her undesigned counsel, hereby requests this Honorable Court to enter an Order re-scheduling the status conference set for July 19, 2000, at 10:00 a.m., before United States Magistrate Judge, Ted E. Bandstra, or alternatively, to permit Plaintiff's counsel to appear via telephone, and as grounds therefore states the following:

1. A status conference has been set in the above-matter for July 19, 2000, at 10:00 a.m., at the United States District Court, Southern District of Florida, 300 Northeast 1st Avenue, Miami, Florida 33132, in front of Magistrate Judge Ted E. Bandstra.

2. Plaintiff's counsel has pre-paid arrangements to be in St. Petersburg, Florida, in attendance of a Labor and Employment seminar at the period of time the

scheduled conference is to be held.

3. Plaintiff's counsel is situated in West Palm Beach, Palm Beach County, Florida, and in lieu of traveling to Miami, Florida, counsel requests that in the event the scheduling conference cannot be re-set for another day, Plaintiff be permitted to appear via telephone.

4. Plaintiff has contacted all counsel of record and advises that there is no objection to re-scheduling the conference, and no objection to the alternative request to allow Plaintiff to appear via telephone.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by US Mail to : Beth S. Joseph, Esquire, Morgan, Lewis & Bockius, LLP., 5300 First Union Financial Center, 200 South Biscayne Boulevard, Miami, Florida 33131-2339 on this 30 day of May, 2000.

Strolla & Scott, P.A.
The Comeau Building
319 Clematis Street, Suite 801
West Palm Beach, FL 33401
Telephone 561-802-3132
Facsimile 561-802-3121

CATHLEEN SCOTT, ESQUIRE
Florida Bar No.: 135331