UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-8368-CIV-MIDDLEBROOKS

FILED BY ____ D.C.
DOCKETING
00 JUN -8 PM 3:41
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

KATHLEEN KOSZOLA,

Plaintiff(s),

vs.

COMCAST CABLEVISION OF
WEST PALM BEACH, INC.
d/b/a COMCAST CABLE,

Defendant(s).

_______________________________/

**ORDER**

THIS CAUSE came before the Court on Plaintiff's Motion to Re-Schedule Scheduling Conference filed on June 2, 2000. Reviewing these motions, and the reasons stated therein, it is hereby

ORDERED that Plaintiff's Motion to Reschedule Scheduling Conference is GRANTED. Accordingly, the Scheduling Conference previously set for July 19, 2000 is reset for August 8, 2000 at 10:00 a.m.

DONE AND ORDERED, in Chambers, at Miami, Florida this 8th day of June, 2000.

TED E. BANDSTRA
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Honorable Donald M. Middlebrooks
Cathleen Scott, Esq.
Beth S. Joseph, Esq.