UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-8368-CIV-MIDDLEBROOKS
Magistrate Judge Bandstra

KATHLEEN KOSZOLA,

Plaintiff,

v.

COMCAST CABLEVISION
OF WEST PALM BEACH, INC.,
d/b/a COMCAST CABLE,

Defendant.
_______________________________/

**JOINT SCHEDULING REPORT**

Pursuant to Rule 16.1 (B)(7), Local Rules of the United States District Court for the Southern District of Florida, the parties submit the following Joint Scheduling Report and Proposed Order and state as follows:

**a. Detailed schedule of discovery:**

The parties will engage in a full range of discovery procedures, including but not limited to interrogatories, requests for admissions, requests for production of documents, and depositions. The parties request that the deadline be set on March 15, 2001.

**b. Likelihood of settlement:**

The parties have not engaged in any settlement discussions to date. The parties are open to participating in mediation after the principal witnesses are deposed.

**c. Appearance of additional parties:**

The parties do not anticipate the need to join additional parties.

**d. Proposed time limits:**

| | |
|---|---|
| Monday, June 19, 2000 - | **To join other parties and to amend the pleadings** |
| Thursday, March 15, 2001 - | **To complete discovery** |
| Monday, April 30, 2001- | **To file motions including dispositive motions, exclusive of motions in limine** |

**e. Simplification of Issues:**

The parties will attempt to work in good faith to narrow and simplify the issues for trial, to eliminate claims or defenses found through discovery to be lacking in merit, to obtain admissions of fact and of documents which will avoid unnecessary proof at trial, and to avoid unnecessary discovery.

**f. Amendments to pleadings:**

See c. and d. above.

**g. Obtaining admissions of fact:**

See e. above. The parties will seek to stipulate prior to the close of discovery to any facts or the authentication of documents that may simplify the case for trial.

**h. Avoidance of unnecessary proof:**

See e. above.

**i. Referral to Magistrate:**

To the extent the Court is so disposed, the parties agree to refer initial discovery matters and all non-dispositive motions to the Magistrate Judge. The parties do not consent to a trial before a United States Magistrate Judge at this time.

Case No. 00-8368-CIV-MIDDLEBROOKS

**j. Estimated time for trial:**

The parties estimate that trial will take 4 days.

**k. Dates for conferences and trial:**

The parties request a pre-trial conference on or about June 15, 2001 and the trial on or after July 31, 2001.

**l. Other helpful information:**

None at present.

Dated this 19TH day of June, 2000.

Respectfully submitted,

Cathleen Scott
Florida Bar No. 135331
Strolla & Scott, P.A.
Counsel for Plaintiff
The Comeau Building
319 Clematis Street
Suite 801
West Palm Beach, Florida 33401
Telephone: (561) 802-3132
Facsimile: (561) 802-3121

William R. Radford
Florida Bar No. 120390
wrradford@mlb.com
Beth S. Joseph
Florida Bar No.0062952
bsjoseph@mlb.com
Christopher P. Hammon
Florida Bar No. 0176753
cphammon@mlb.com
Morgan, Lewis & Bockius LLP
Counsel for Comcast
5300 First Union Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131-2339
Telephone: (305) 579-0460
Facsimile: (305) 579-0321