UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-8368-CIV-MIDDLEBROOKS
Magistrate Judge Bandstra

KATHLEEN KOSZOLA,

Plaintiff,

v.

COMCAST CABLEVISION
OF WEST PALM BEACH, INC.,
d/b/a COMCAST CABLE,

Defendant.
_______________________________/

**DEFENDANT COMCAST'S RULE 16.1 WITNESS AND EXHIBIT LISTS**

Defendant, pursuant to S.D. Fla. L.R. 16.1, hereby discloses the following witness and exhibit information:

**A. Witnesses Now Known to have Knowledge of the Facts Supporting the Material Allegations of the Defendant's Answers and Defenses**

1. Dan Balsley
2. Judy Blackstone
3. Michel Champagne
4. Delores Corretjer
5. Susan Damm
6. Christine Decker
7. Dave Dunnick

1-MI:372660.1

8. Pete Harris

9. Thomas Jefferson

10. Vincent Johnson

11. Gibbs Jones

12. Kathleen Koszola

13. Maureen Koszola

14. Sue Miner

15. Myrtle Newbold

16. Yuri Pereira

17. Brian Roberts

18. Carlos Rodríguez

19. Cathleen Scott

20. Cathy Shincarick

21. Katona Smith

22. Pursuant to S.D. Fla. L.R. 16.1.B(4), Defendant will advise Plaintiff of other witnesses as they become known to it during the course of discovery.

**B. Documents Reasonably Available to the Defendants which are Now Contemplated To be Used in Support of Its Answer and Defenses**

1. Plaintiff's personnel file.

2. Comcast's employee handbook.

3. Comcast's personnel policies and procedures.

4. Plaintiff's Complaint, any document referred to therein, or any document attached thereto.

5. Comcast's Response to Plaintiff's Charge of Discrimination before the Equal Employment Opportunity Commission (EEOC).

6. Any documents received by Comcast from the EEOC pursuant to its pending request.

7. Any documents received by Comcast from the Florida Commission on Human Relations ("FCHR") pursuant to its pending request.

8. Pursuant to S.D. Fla. L.R. 16.1.B(1), Defendant will advise Plaintiff of other documents as they become known to it during the course of discovery.

Dated this 19 day of June, 2000.

Morgan, Lewis & Bockius LLP
Counsel for Comcast
5300 First Union Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131-2339
Telephone: (305) 579-0460
Facsimile: (305) 579-0321
Email: wrradford@mlb.com

Beth Joseph

William R. Radford
Florida Bar No. 120390
Beth S. Joseph
Florida Bar No. 0062952
Christopher P. Hammon
Florida Bar No. 0176753

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing has been furnished to Cathleen Scott, Esq., Strolla & Scott, P.A., 319 Clematis Street, Suite 801, West Palm Beach, FL 33401 by U.S. mail this 19 day of June, 2000.

Beth Joseph for
William R. Radford

1-MI:372660.1