UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 00-8368 - CIV -MIDDLEBROOKS
Magistrate Judge Bandstra

FILED BY ____ D.C.
00 JUN 29 AM 11: 13
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FL - MIAMI

KATHLEEN KOSZOLA
Plaintiff,

vs.

COMCAST CABLEVISION
OF WEST PALM BEACH, INC.
d/b/a/ COMCAST CABLE

Defendant.
_______________________________/

**PLAINTIFF'S AMENDED PRELIMINARY WITNESS LIST DISCLOSURE**

Plaintiff, KATHLEEN KOSZOLA, by and through her undersigned counsel, hereby serves the following amended disclosure of preliminary witness list in accordance with Local Rule 16.1(B)(4):

1. Don Lent
   c/o Comcast Cable

2. Michelle Champagne
   c/o Comcast Cable

3. Judy Blackstone
   c/o Comcast Cable

4. Additional witnesses as may be revealed during discovery in this litigation.

/

/

/

/

10

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by US Mail to : Beth S. Joseph, Esquire, Morgan, Lewis & Bockius, LLP., 5300 First Union Financial Center, 200 South Biscayne Boulevard, Miami, Florida 33131-2339 on this 26th day of June, 2000.

Strolla & Scott, P.A.
The Comeau Building
319 Clematis Street, Suite 801
West Palm Beach, FL 33401
PH# 561-802-3132
FAX # 561-802-3121

CATHLEEN SCOTT, ESQUIRE
Florida Bar No.: 135331

CASE: 0:00-cv-06810
DOCUMENT: 3
DATE: 06/30/00

CLERK: wc

# RETURN OF SERVICE

**Case No: 00-6810 CIV MIDDLEBROOKS**

**TO BE SERVED**

BANK ATLANTIC
1170 W. McNAB ROAD
FT. LAUDERDALE, FL.

**COURT**

IN THE U.S. DISTRICT COURT IN AND FOR THE SOUTHERN DISTRICT OF FLORIDA

**STYLE**

ADVOCATES FOR THE DISABLED, INC.
VS.
BANK ATLANTIC

**WRIT**

SUMMONS IN A CIVIL ACTION

**SERVED FOR**

JOHN D. MALLAH, ESQUIRE
FULLER,MALLAH AND ASSOCIATES
1111 LINCOLN ROAD, SUITE #802
MIAMI BEACH, FLORIDA, 33139

**INFORMATION**

Court Date: Court Time:
Witness Fee:
Document Type: Original
Atty File # 2476

I received this process 06/15/00 at 4:02 PM and it was served 06/19/00 at 9:05 AM in BROWARD COUNTY, FLORIDA.

BANK ATLANTIC
1170 W. McNAB ROAD
FT. LAUDERDALE, FL., 33304

**CORPORATE SERVICE: (FS 48.081)**

By delivering a copy of the SUMMONS IN A CIVIL ACTION, the date and hour of service endorsed by me, and a copy of plaintiff's initial pleading as furnished by the plaintiff to:

KATE O'BRIEN
VICE PRESIDENT

of said corporation in the absence of any superior officer or director as defined by Florida statute

**OTHER RETURNS:**

PLAINTIFF(S) REQUEST FOR ADMISSIONS "ADA"; REQUEST FOR PRODUCTION; NOTICE OF SERVICE OF INTERROGATORIES;

00 JUN 28 AM 9:53
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA - MIA

JG

Under penalty of perjury, I declare that I have read the foregoing and that the facts stated in it are true, that I am a Certified Process Server/Sheriff Appointed in the circuit in which this defendant was served and have no interest in the above action persuant to F.S. 92.525(2).

I hereby certify that I am not a party to the above action, am over 18 years of age, that the above affidavit is true and correct, and that service was made in accordance with Rule 1.410(C) Florida R.C.P., and Rule 45 Federal R.C.P., and Rule 4(C), 50 U.S.C., and section 520 Et. Seq.

PROCESS SERVER: DANIEL ACKERMAN (31)
CAPLAN, CAPLAN AND KAYE (305) 374-3426
CPS Number: 00783554-001

The foregoing instrument was acknowledged before me this 22 day of June, 2000 BY DANIEL ACKERMAN, who is personally known to me, or who was produced a D/L as identification and who DID take an oath.

BRENDA TAYLOR
My Commission # CC 815829
Expires: March 8, 2003
1-800-3-NOTARY Fla. Notary Service & Bonding Co

NOTARY PUBLIC OR PUBLIC OFFICER
AND TITLE OR RANK / CCN

*UNITED STATES DISTRICT COURT*
*Southern District of Florida*
FORT LAUDERDALE DIVISION

SUMMONS IN A CIVIL CASE
Case No.: 00-6810

CIV-MIDDLEBROOKS

ADVOCATES FOR THE DISABLED, INC., a Florida not-for-profit corporation, PETER DI PALMA, Individually, and ERNST ROSENKRANTZ, Individually,

Plaintiff(s),

vs.

BANK ATLANTIC, a Federal Savings Bank,

Defendant(s).

MAGISTRATE BANDSTRA

REC'D
SERVED Kate C Buckley
DATE 6-19-00 9:03 AM
PS Dean Appointment
362

To: BANK ATLANTIC
a Federal Savings Bank,
By serving its President: ALLAN B. LEVAN
c/o Bank Atlantic
~~1750 E. Sunrise Boulevard~~ 1170 W McNab Rd
Fort Lauderdale, Florida 33304

3

YOU ARE HEREBY SUMMONED and required to serve upon Plaintiffs' attorney:

John D. Mallah, Esquire
Fuller, Mallah & Associates, P.A.
1111 Lincoln Road, PH 802
Miami Beach, FL 33139
Tel: (305) 538-6483
Fax: (305) 534-9894

an answer to the Complaint which is herewith served upon you, within twenty (20) days after service of this Summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Clerk Carlos Juenke Maddox

JUN 1 4 2000
Date

(By) Deputy Clerk

W:\WPDocs\A.D.A\BANK ATLANTIC (4351 HOLLYWODD BLVD.)\Summons(mm).wpd 2476

783554