FILED BY ___ D.C.
2000 AUG -8 PM 12:21
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA - MIA

**CIVIL MINUTES/CALENDAR**
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**COURTROOM IX TIME 10 AM**

**MAGISTRATE JUDGE** TED E. BANDSTRA

Case No. 00-8368-CV-DMM Date AUGUST 8, 2000

Clerk PATTY W. FITZPATRICK Tape No. 00B-53-1562

ECR Clerk/Ct. Reporter ______

Title of Case Kozzoker v ComCast Cablevision

P. Attorney(s) Kathleen Scott

D. Attorney(s) Beth Joseph

Reason for Hearing SCHEDULING CONFERENCES

Result of Hearing Court will enter a Scheduling order and an order for mediation order

Trial - July, 2001 4 day Jury WPB

Case continued to ______ Time ______ For ______

12 / WC