UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-8368-CIV-MIDDLEBROOKS

KATHLEEN KOSZOLA,

Plaintiff,

vs.

COMCAST CABLEVISION
OF WEST PALM BEACH, INC.,
d/b/a COMCAST CABLE,

Defendant.

_______________________________/

FILED BY ___ D.C.
2000 AUG 21 AM 11:17
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA - MIA

## SCHEDULING ORDER

THIS CAUSE came before the Court at a Scheduling Conference conducted on August 8, 2000.

Pursuant to Local Rule 16.1(b)(7), IT IS ORDERED AND ADJUDGED as follows:

1. This case is set for jury trial before the Honorable Donald M. Middlebrooks, United States District Judge, for the two-week calendar beginning July 30, 2001. The trial will be conducted at the United States Courthouse, 701 Clematis Street, West Palm Beach, Florida, commencing at 9:00 a .m. The parties estimate a 4 day jury trial.[1]

2. No pretrial conference shall be held in this action, unless the parties so

---

[1]The Court has advised the parties of the opportunity to consent to a specially set trial before the undersigned pursuant to 28 U.S.C. § 636(c). A fully executed consent form should be filed within thirty days from the date of this Order to ensure a firm trial date before the undersigned if so requested by all parties.

16

request or the Court determines, sua sponte, that a pretrial conference is necessary. Should a pretrial conference be set, the compliance deadlines as set forth in the remainder of this Order shall remain unaltered.

3. Counsel shall meet at least forty-five (45) days prior to the beginning of the trial calendar to confer on the preparation of a pretrial stipulation.

4. The original and one copy of a joint pretrial stipulation shall be filed at least thirty (30) days before the trial period set forth above and shall conform to Local Rule 16.1(e). The Court will not allow unilateral pretrial stipulations.

5. In cases tried before a jury, each party shall file the original and one copy of the proposed jury instructions at least ONE WEEK prior to the beginning of the trial calendar. Each jury instruction shall be typed on a separate sheet, and shall be accompanied by a 3 ½ inch IBM - formatted disc compatible with WordPerfect and must be supported by citation of authority. In preparing their requested jury instructions, the parties shall utilize as a guide the *Pattern Jury Instructions* for civil cases approved by the United States Eleventh Circuit, including the Directions to Counsel contained therein.

6. In cases tried before the Court, each party shall file the original and one copy of the proposed findings of fact and conclusions of law at least ONE WEEK prior to the beginning of the trial calendar. Proposed conclusions of law shall be supported by citations of authority. Counsel shall also submit narrative written direct testimony for each witness they intend to call at trial. Upon being sworn, each witness will adopt their written testimony and cross-examination will then begin.

7. All exhibits must be pre-marked. A typewritten exhibit list setting forth the number, or letter, a description of each exhibit shall be submitted at the time of trial.

8. A motion for continuance shall not stay the requirement for the filing of a pretrial stipulation and, unless an emergency situation arises, a motion for continuance will not be considered unless it is filed at least twenty (20) days prior to the date on which the trial calendar is scheduled to commence.

9. Non-compliance with any provision of this order may subject the offending party to sanctions or dismissal. It is the duty of all counsel to enforce the timetable set forth herein in order to insure an expeditious resolution of this cause.

10. The following timetable shall govern the pretrial procedure in this case. This schedule shall not be modified absent compelling circumstances.

| | |
|---|---|
| June 19, 2000 | Joinder of additional parties and amended pleadings. |
| February 1, 2001 | Plaintiff(s) shall furnish opposing counsel with a written list containing the names and addresses of all expert witnesses intended to be called at trial and only those expert witnesses listed shall be permitted to testify. Within the 14-day period following the disclosure, the plaintiff shall make its experts available for deposition by the defendant(s). The experts' depositions may be conducted without further order from the Court. |
| February 1, 2001 | Defendant(s) shall furnish opposing counsel with a written list containing the names and addresses of all expert witnesses intended to be called at trial and only those expert witnesses listed shall be permitted to testify. Within the 14-day periods following this disclosure, the defendant(s) shall make its experts available for deposition by the plaintiff(s). The experts' depositions may be concluded without further order from the Court. |
| February 1, 2001 | Parties shall furnish opposing counsel with a written list containing the names and addresses of all witnesses |

| | |
|---|---|
| | intended to be called at trial and only those witnesses listed shall be permitted to testify. |
| March 15, 2001 | All discovery must be completed. |
| April 30, 2001 | All pretrial motions and memoranda of law must be filed. |
| June 30, 2001 | Joint pretrial stipulation must be filed. |

This case is assigned to the Standard track.

This is a jury trial.

11. A calendar call will be set by separate notice of trial issued by the trial court.

12. If this case is settled, counsel are directed to inform the Court promptly by calling chambers of the Honorable Donald M. Middlebrooks (305-523-5540) and submitting an appropriate order for dismissal, within ten (10) days of notification of settlement to the Court, pursuant to Fed.R.Civ.P. 41(a)(1).

Dated this 18th day of August, 2000.

Ted E. Bandstra
United States Magistrate Judge

Copies furnished to:

Honorable Donald M. Middlebrooks
William R. Radford, Esq.
Cathleen Scott, Esq.