UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

00 AUG 28 PM 3:16

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA - MIA

Case No. 00-8368-CIV-HUCK
Magistrate Judge Bandstra

KATHLEEN KOSZOLA,

Plaintiff,

v.

COMCAST CABLEVISION
OF WEST PALM BEACH, INC.,
d/b/a COMCAST CABLE,

Defendant.
_______________________________/

**NOTICE OF SELECTION OF MEDIATOR**

With the consent of Plaintiff Kathleen Koszola, through her counsel, Defendant files this Notice of Selection of Mediator in this cause. The parties have jointly designated Karen Evans, Esquire, Mediator, Litigation Resolution Incorporated, Suite 1200, 169 East Flagler Street, Miami, Florida 33131, telephone 305-371-3250, to serve as mediator in this action.

DATED this 28th day of August, 2000.

1-MI/382611.1

Case No. 00-8368-CIV-HUCK

Respectfully submitted,

Morgan, Lewis & Bockius LLP
Counsel for Comcast
5300 First Union Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131-2339
Telephone: (305) 579-0460
Facsimile: (305) 579-0321
Email: wradford@morganlewis.com

William R. Radford
Florida Bar No. 120390
Beth S. Joseph
Florida Bar No. 0062952
Christopher P. Hammon
Florida Bar No. 0176753

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing has been furnished to Cathleen Scott, Esq., Strolla & Scott, P.A., 319 Clematis Street, Suite 801, West Palm Beach, FL 33401 by U.S. mail this 28th day of August, 2000.

William R. Radford

1-MI/382611.1