UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-8368-CIV-MIDDLEBROOKS

FILED BY ___ D.C.
2000 SEP -6 PM 3:50
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA - MIA

KATHLEEN KOSZOLA,

Plaintiff,

vs.

COMCAST CABLEVISION
OF WEST PALM BEACH, INC.,
d/b/a COMCAST CABLE,

Defendant.
_____________________________/

ORDER VACATING SCHEDULING ORDERS

THIS CAUSE came before the court *sua sponte*. The Court finding that this case has been reassigned to the Honorable Paul C. Huck, IT IS HEREBY

ORDERED that the Scheduling Order entered by the undersigned on August 8, 2000, and Order of Referral to Mediation entered on that same date by the undersigned are hereby VACATED.

DONE AND ORDERED at Miami, Florida, this 6th day of September, 2000.

TED E. BANDSTRA
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Honorable Paul C. Huck
William R. Radford, Esq.
Cathleen Scott, Esq.