UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-8368-CIV-HUCK

KATHLEEN KOSZOLA,

Plaintiff,

vs.

COMCAST CABLEVISION OF WEST PALM BEACH, INC.,

Defendant.

_______________________________/

FILED BY ____ D.C.
2000 SEP -6 AM 11:41
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA - MIA

**ORDER DIRECTING CLERK TO TRANSFER CASE**

THIS CAUSE came before the Court sua sponte. Pursuant to the directive of the Honorable Ursula Ungaro-Benages, United States District Judge, the undersigned United States Magistrate Judge hereby certifies that as of August 7, 2000, the above-captioned case presently has no pending and fully briefed referred motions and is therefore ready to be transferred to the new "paired magistrate judge". Accordingly, the undersigned United States Magistrate Judge hereby directs the Clerk of the Court to transfer the above-captioned case to Magistrate Judge Stephen T. Brown.

DONE AND ORDERED in Chambers at Miami, Florida this 5th day of September, 2000.

Ted E. Bandstra
United States Magistrate Judge

Copies furnished to:
Honorable Donald M. Middlebrooks
Honorable Paul C. Huck
Honorable Stephen T. Brown
Counsel of record

20