FILED by DKTG ______ D.C.
SEP 15 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-8368-CIV-MIDDLEBROOKS

KATHLEEN KOSZOLA,
Plaintiff(s),

vs.

COMCAST CABLEVISION OF WEST PALM BEACH, INC.,
Defendant(s).
_______________________________/

**NOTICE OF CALENDAR CALL**

PLEASE TAKE NOTICE that the above-entitled cause is hereby set for Calendar Call on July 25, 2001 at 1:15 p.m., before the Honorable Donald M. Middlebrooks, United States District Judge, at the United States District Court, 301 N. Miami Avenue, Courtroom 6, on the Sixth Floor, Miami, Florida.

HONORABLE DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

DATED: September 14, 2000

CLARENCE MADDOX
COURT ADMINISTRATOR • CLERK OF COURT

By: ______________________________
Joyce L. Walden
Courtroom Deputy Clerk

cc: William Radford, Esq.
Cathleen Scott, Esq.

21