UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-8368-CIV-MIDDLEBROOKS

FILED by ______ D.C.
SEP 25 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. · MIAMI

KATHLEEN KOSZOLA,

Plaintiff(s),

vs.

COMCAST CABLEVISION
OF WEST PALM BEACH, INC.,

Defendant(s).
_______________________________/

**ORDER VACATING NOTICE OF CALENDAR CALL**

THIS CAUSE came before the Court *sua sponte*. After a review of the record, the Court notes that this cause has been reassigned to the Honorable Paul C. Huck. It is hereby

ORDERED that the Notice of Calendar Call entered on September 14, 2000 (filed September 15, 2000 - DE #21) is hereby VACATED.

DONE AND ORDERED at Miami, Florida, this 25 day of September, 2000.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

cc: Honorable Paul C. Huck
William Radford, Esq.
Cathleen Scott, Esq.

22/WC