UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-8368-CIV-HUCK/BROWN

FILED BY ___ D.C.
00 NOV 21 PM 3:36
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA - MIA

KATHLEEN KOSZOLA,

Plaintiff,

v.

COMCAST CABLEVISION
OF WEST PALM BEACH, INC.,
d/b/a COMCAST CABLE,

Defendant.
_______________________________/

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, KATHLEEN KOSZOLA and Defendant, COMCAST CABLEVISION OF WEST PALM BEACH, INC., d/b/a COMCAST CABLE, pursuant to Federal Rule of Civil Procedure, Rule 41, stipulate to the dismissal with prejudice of this action. Plaintiff and Defendant furthermore agree that each party will bear its or her respective attorneys' fees and costs.

Dated this 16th day of November, 2000.

Cathleen A. Scott
Florida Bar No. 135331
Stroll & Scott, P.A.
Counsel for Plaintiff
The Comeau Building
319 Clematis Street, Suite 801
West Palm Beach, Florida 33401
Telephone: (561) 802-3132
Facsimile: (561) 802-3132
Email: Cscott6288@AOL.com

William R. Radford
Florida Bar No. 120390
Morgan, Lewis & Bockius LLP
Counsel for Defendant
5300 First Union Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131-2339
Telephone: (305) 579-0460
Facsimile: (305) 579-0321
Email: wradford@morganlewis.com

23