UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-8368-CIV-HUCK-BROWN

CLOSED
CIVIL
CASE

KATHLEEN KOSZOLA,

Plaintiff,

vs.

COMCAST CABLEVISION OF
WEST PALM BEACH, INC. d/b/a
COMCAST CABLE,

Defendants.
_______________________________/

FILED by ___ D.C.
NOV 27 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. · MIAMI

**FINAL ORDER OF DISMISSAL WITH PREJUDICE**

THIS MATTER is before the Court upon a joint Stipulation for Dismissal With Prejudice filed November 21, 2000. The Court has considered the joint stipulation and has been otherwise fully advised. It is

ORDERED that this cause is DISMISSED WITH PREJUDICE. All pending motions are DENIED AS MOOT, and this case is CLOSED.

DONE in Chambers, Miami, Florida, this 22nd day of November, 2000

_______________________________
Paul C. Huck
United States District Judge

cc: Cathleen A. Scott, Esq.
William R. Radford, Esq.